DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Peter David McBean ) | |
| ) | CASE NO. 5:07CV1328 |
| Petitioner, ) | 5:93CR0237 |
| ) | |
| v. ) | |
| ) | JUDGMENT ENTRY |
| Harley G. Lappin, Director ) | |
| Bureau of Prisons, et al., ) | |
| ) | |
| Respondents. ) | |

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Petitioner-Defendant Peter McBean's petition pursuant to 28 U.S.C. 2241 (Docket No. 1) is denied.

Furthermore, Petitioner's Motion for Summary Judgment (Docket No. 5) is denied.

The Court also certifies, pursuant to 28 U.S.C. 1915(a)(3), that an appeal from this decision could not be taken in good faith.

The Court further finds no basis for a certificate of appealability and will not issue a certificate of appealability.

IT IS SO ORDERED.

| | |
|---|---|
| August 13, 2007, | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |